UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Detrick Rayshawn Gaddy**  Docket No. 5:18-CR-124-1BO

**Petition for Action on Supervised Release**

COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Detrick Rayshawn Gaddy, who, upon an earlier plea of guilty to 18 U.S.C. §924, Use and Carry a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting Same, was sentenced by the Honorable Max O. Cogburn, U.S. District Judge for the Western District of North Carolina, on July 24, 2012, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 24 months.

Detrick Rayshawn Gaddy was released from custody on May 29, 2017, at which time the term of supervised release commenced. Jurisdiction in this matter was transferred to the Eastern District of North Carolina on April 19, 2018.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was arrested for Driving While Impaired (18CR53331) and cited for Driving While License Revoked (18CR705779) in Cumberland County, North Carolina on March 14, 2018. The next scheduled court date for these charges are June 6, 2018, for the Driving While License Revoked citation and June 26, 2018, for the Driving While Impaired charge. The defendant has agreed to complete 24 hours of community service as a sanction for this new criminal conduct.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,   I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Peter J. Yalango
Peter J. Yalango
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2546
Executed On: April 24, 2018

Detrick Rayshawn Gaddy
Docket No. 5:18-CR-124-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __27__ day of __April__, 2018, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
U.S. District Judge